No. 77–6595.   WILLIAMS *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Motion of petitioner for leave to proceed *in forma pau-*

*peris* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Baldasar* v. *Illinois, ante,* p. 222.